RECEIVED
IN MONROE, LA
AUG 1 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| SERGE MARK OPO | * | CIVIL ACTION NO. 05-2080 |
| VERSUS | * | JUDGE JAMES |
| ALBERTO GONZALES, ET AL | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment (Doc. #12) be **DENIED** and Petitioner Serge Mark Opo be released from the custody of the United States Immigration and Customs Enforcement under appropriate conditions pending removal.

THUS DONE AND SIGNED this 10 day of August, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION