UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **SERGE MARK OPO** | **CIVIL ACTION NO. 05-2080** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ALBERTO GONZALES, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**RULING**

On June 20, 2006, Magistrate Judge Karen L. Hayes issued a Report and Recommendation on the Government's Motion for Summary Judgment [Doc. No. 12], recommending that the motion be denied and that Petitioner be released under the standard set forth in *Zadvydas v. Davis*, 533 U.S. 678 (2001).

On August 10, 2006, the Court adopted the Report and Recommendation of Magistrate Judge Hayes and ordered Petitioner to be released.

On August 15, 2006, the Government filed a Motion for Stay [Doc. No. 22] and a Motion for Reconsideration [Doc. No. 21]. On August 16, 2006, the Court granted the Motion for Stay and stayed its Judgment for 20 days on the basis that Petitioner was expected to be deported shortly. *See* [Doc. No. 23]. The Court deferred ruling on the Motion for Reconsideration, and it remains pending.

However, Petitioner was not deported in August or September 2006. In a September 8, 2006 Supplemental Memorandum in Support of Motion for Reconsideration ("Supplemental Memorandum") [Doc. No. 30], the Government advised that Petitioner refused to board the airplane, effectively preventing his removal.

On October 2, 2006, the Court issued an Order [Doc. No. 33] extending its stay of its previous Judgment until further order of Court.

On October 3, 2006, the Government filed another status report [Doc. No. 34] indicating that it again attempted to remove Petitioner and that he again thwarted their efforts.

On November 21, 2006, Petitioner submitted a letter [Doc. No. 37] to the Court in which he admitted that he refused to be deported to the Ivory Coast because his country of origin is Rwanda.

On December 1, 2006, the Government filed a third status report [Doc. No. 38], supported with declarations from ICE employees, which supported its earlier status reports and indicated that Petitioner was to be deported within the next 10 days.

On December 5 and 11, 2006, Petitioner submitted additional letters [Docs. No. 39 & 40] to the Court in which he contended that the Ivory Coast would not issue travel documents for him since he is from Rwanda and protesting against the use of medical intervention to secure his removal.

On December 13, 2006, the Government advised the Court by letter [Doc. No. 41] that Petitioner had been deported to the Ivory Coast and that supporting documentation would be submitted shortly.

On February 7, 2007, the Government filed a Motion to Dismiss [Doc. No. 42], accompanied by the declaration of an ICE official, who testifies that Petitioner was removed to the Ivory Coast on December 7, 2006.

Petitioner's only claim in this matter relates to his continued detention. In light of the documentation submitted by the Government, its Motion to Dismiss [Doc. No. 42] is

GRANTED, the Court's previously stayed Judgment is VACATED, and Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED and DISMISSED WITH PREJUDICE as MOOT.  All remaining motions are DENIED as MOOT.

Monroe, Louisiana, this 8th day of February, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE